

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Co. | Civil Action No. 17CV1864-JM-BLM |
| **Plaintiff,** V. | |
| Mathias Boermans, Peggy Nickolet, Chubb Insurance Co., Orion Travel Insurance Co | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court grants Chubb's motion to dismiss for lack of personal jurisdiction, grants Orion's motion to dismiss for lack of personal jurisdiction, and grants Chubb's motion to dismiss the action without prejudice.

Date: 6/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ G. Cazares

G. Cazares, Deputy